IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

STEVEN C. FORBESS,                      )
                                        )
                        Plaintiff,      )
                                        )      Civil Case No.  05-1527-HU
        v.                              )
                                        )      O R D E R
BRIAN BELLEQUE, et al.,                 )
                                        )
                                        )
                        Defendants.     )
_____ )



        Steven C. Forbess
        #5968485
        Oregon State Penitentiary
        2605 State Street
        Salem, Oregon  97310

            Pro Se Plaintiff

Page 1 - ORDER

Hardy Myers
Attorney General
Leonard W. Williamson
Assistant Attorney General
Department of Justice
1162 Court Street N. E.
Salem, Oregon  97301

       Attorneys for Defendants

KING, Judge:

The Honorable Dennis J. Hubel, United States Magistrate Judge, filed Findings and

Recommendation on March 25, 2008.  The matter is before this court.  See 28 U.S.C. §

636(b)(1)(B) and Fed. R. Civ. P. 72(b).  No objections have been timely filed.  This relieves me

of my obligation to give the factual findings de novo review.  Lorin Corp. v. Goto & Co., Ltd.,

700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708

F.2d 452, 454 (9th Cir. 1983).  Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT  Magistrate Judge Hubel's Findings and Recommendation (#95).

IT IS HEREBY ORDERED that Defendants' Motion to Dismiss (#49) is granted.

DATED this ___9th___ day of April, 2008.


        _/s/ Garr M. King_____
           GARR M. KING
         United States District Judge

Page 2 - ORDER